# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JERRY HOOKER, | ) | |
| Plaintiff(s), | ) | 2:08-CV-0086-RLH-PAL |
| vs. | ) | **O R D E R** |
| STEWART MOJAVE DETENTION CENTER, | ) | |
| Defendant(s). | ) | |

Before this Court is the Report of Findings and Recommendation (#2, filed February 7, 2008) of United States Magistrate Judge Peggy A. Leen regarding Plaintiff's Application to Proceed *in Forma Pauperis* (#1). No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report of Findings and Recommendation (#2, entered February 7, 2008) is AFFIRMED and ADOPTED, and Plaintiff's Application to Proceed *in Forma Pauperis* (#1) is denied.

Dated: March 5, 2008.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**